IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIS, #216943, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-156-WHA |
| DR. JOHN PEASANT, et al., | ) |
| Defendants. | ) |

# ORDER

On March 6, 2019, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objection has been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims against the Alabama Department of Corrections are summarily dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Alabama Department of Corrections is dismissed as a defendant in this cause of action.

4. This case, with respect to the plaintiff's claims against Dr. John Peasant and Wexford Health Sources, Inc., is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 26th day of March, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE