IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM DAVIS, #216943        )
                             )
                             )
        Plaintiff,           )
                             )
        v.                   )        CIVIL ACTION NO. 2:19-CV-156-WHA-CSC
                             )
DR. JOHN PEASANT, *et al.*,  )
                             )
        Defendants.          )

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on

December 9, 2021 (Doc. 35), to which no timely objections have been filed.  After an

independent review of the file and upon consideration of the Recommendation, it is

ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  Defendants' motion for summary judgment is GRANTED with respect to Plaintiff's

federal claims.

3. Plaintiff's Pendent state law claims be DISMISSED without prejudice.

4.  This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

Done, this 6th day of January 2022.

        /s/   W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE